IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :

           v.            :            CRIMINAL NO. 19-636-ALL

DWAYNE BUTLER, et al.            :


<u>WITHDRAWAL OF APPEARANCE</u>

Kindly withdraw my appearance on behalf of the United States of America.

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney



<u>s/ Sean P. McDonnell</u>
Sean P. McDonnell
Assistant United States Attorney